**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES HARDING,                               :  No. 14 MM 2019
                                             :
                     Petitioner              :
                                             :
                                             :
                                             :
               v.                            :
                                             :
                                             :
                                             :
SUPERINTENDENT ROBERT GILMORE,               :
                                             :
                     Respondent              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, the Application for Leave to File Original Process and Motion for Leave to Amend are GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.